PD-0591-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

IN THE COURT OF
CRIMINAL APPEALS OF TEXAS
AUSTIN DIVISION

CAUSE NO.

ABRAHAM PARRA, APPELLANT § TRIAL COURT NO. 2012-DCR-2912-B
VS. § COURT OF APPEALS NO. 13-13-00490-CR
STATE OF TEXAS, APPELLEE §

FILED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME

COMES NOW, APPELLANT ABRAHAM PARRA, AND REQUESTS THIS HONORABLE COURT OF CRIMINAL APPEALS TO GRANT HIM AN ADDITIONAL 90 DAYS TO FILE THIS HIS PETITION FOR DISCRECTIONARY REVIEW FROM A JUDGMENT ENTERED BY THE THIRTEENTH COURT OF APPEALS, CORPUS CHRISTI — EDINBURG ON THE 9th DAY OF APRIL, 2015 AND IN SUPPORT STATES THE FOLLOWING:

1). APPELLANT IS A LAYMAN IN THE SCIENCE OF CRIMINAL LAW. THE ADDITIONAL 90 DAYS WILL ENABLE APPELLANT TO SEEK OUT THE ASSISTANCE OF ANOTHER PRISONER WHO IS KNOWLEDGEABLE IN THE LAW. SEE BOUNDS V. SMITH, 430 U.S. 817, 824, 828 (1977).

2). APPELLANT FURTHER STATES THAT HE IS AN INDIGENT PROCEEDING, PRO SE, AND CANNOT HIRE AN ATTORNEY.

RECEIVED

MAY 11 2015

13TH COURT OF APPEALS

3). APPELLANT FURTHER STATES THAT IT IS HIS BELIEF THAT HE MAY BE ENTITLED TO COUNSEL DUE TO THE FACT THAT HE HAS BEEN CHARGED AND CONVICTED OF A CAPITAL OFFENSE. AND THAT IF THIS BE THE CASE HEREBY REQUEST THE ADDITIONAL APPOINTMENT OF COUNSEL TO FILE HIS PETITION FOR DISCRETIONARY REVIEW AND APPLICATION FOR WRIT OF HABEAS CORPUS IF NEED BE.

APPELLANT PRAYS THAT THIS MOTION AND ALL THINGS HEREIN BE GRANTED.

RESPECTFULLY SUBMITTED.

ABRAHAM PARRA #01874148
POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351
05/05/2015

## CERTIFICATE OF SERVICE

APPELLANT HEREIN STATES UNDER PENALTY OF PERJURY THAT THE CONTENTS HEREIN STATED ARE TRUE AND CORRECT. FURTHER THAT THIS MOTION AND CONTENTS HEREIN WERE PLACED IN THE PRISON MAILBOX ON THIS 5th DAY OF MAY, 2015

RESPECTFULLY SUBMITTED

COPY: FILE

ABRAHAM PARRA #01874148